Robert M. Tzall
Nevada State Bar No. 13412
The Law Offices of Robert M. Tzall
1481 W Warm Springs Rd Suite 135,
Henderson, NV 89014
Tel: 702-666-0233
office@tzalllegal.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Kai Perry, Individually and on Behalf of All
Others Similarly Situated

        Plaintiff,

vs.

Rozlin Financial Group, Inc., Debt Resolution

Services, LLC and John Does 1-25

        Defendant(s)..

)
)
)
)
)
)
)
)
)
)
)
)

Docket No.   2:20-cv-1695

**NOTICE OF SETTLEMENT AS TO ROZLIN FINANCIAL GROUP, INC.**

Please take notice that Plaintiff, Kai Perry ("Plaintiff"), and the Defendant, Rozlin Financial Group, Inc. have settled this matter.

The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

This the 29th day of October 2020.

        Respectfully submitted,

        /s/ Robert M. Tzall
        Robert M. Tzall, Esq.
        1481 Warm Springs Rd Suite 135
        Henderson, NV 89014
        Office@tzalllegal.com
        *Counsel for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on October 29, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robert M. Tzall
*Counsel for Plaintiff*