Robert M. Tzall, Esq.
(SBN 13412)
robert@tzalllegal.com
THE LAW OFFICES OF
ROBERT M. TZALL
2551 N. Green Valley Parkway
Building C Suite 303
Henderson, NV 89014
Telephone:   (702) 666-0233

Attorney for Plaintiff
Kai Perry

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kai Perry, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>Rozlin Financial Group, Inc., Debt Resolution Services, LLC and John Does 1-25<br>Defendant. | Case No.: 2:20-cv-1695<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[FRCP Rule 41(a)(1)(A)(ii)]** |

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of

1 dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Undersigned counsel represents that he is fully authorized by his client to enter into this Voluntary Dismissal with Prejudice.

                                        Respectfully Submitted,

DATED:  December 31, 2020    THE LAW OFFICES OF ROBERT M. TZALL

                                        By:   */s/Robert M. Tzall*
                                                    Robert M. Tzall, Esq.
                                                    Attorneys for Plaintiff
                                                    Kai Perry